## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LAFAYETTE WATTS, SHERMAN GIBSON and SCOTT CHAMBERS,** ) ) | |
| Plaintiff, ) ) | |
| ) | **CIVIL NO. 06-993-DRH** |
| vs. ) ) | |
| **C/O PRANGE,** *et al.*, ) ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Each Plaintiff has filed an identical motion to withdraw this action (Docs. 5, 6, 7); the Court construes these motions as seeking voluntary dismissal of the action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Voluntary withdrawal of the complaint is their right, and, accordingly, these motions are **GRANTED**; this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: February 5, 2007.

/s/   David   RHerndon
**DISTRICT JUDGE**